UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALICE KENNY,

                        Plaintiff,

-v-

CATHOLIC CHARITIES COMMUNITY SERVICES,
ARCHDIOCESE OF NEW YORK; KEVIN SULLIVAN;
PAUL COSTILGIO; and JOY JASPER,

                        Defendants.

20 Civ. 3269 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Due to a scheduling conflict, the case management conference currently scheduled for March 25, 2022 is rescheduled to March 22, 2022 at 10 A.M.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 11, 2022
        New York, New York