UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALICE KENNY,

                      Plaintiff,

-v-

CATHOLIC CHARITIES COMMUNITY SERVICES,
ARCHDIOCESE OF NEW YORK; KEVIN SULLIVAN;
PAUL COSTILGIO; and JOY JASPER,

                      Defendants.

20 Civ. 3269 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On May 2, 2022, the Court held a case management conference in this case. At the conference, the Court set the following deadlines regarding defendants' anticipated motion for summary judgment:

- May 27, 2022:  Joint Stipulation of Undisputed Facts
- June 17, 2022:  Opening Brief and Defendants' Local Rule 56.1 Statement
- July 8, 2022:  Opposition Brief and Plaintiff's Local Rule 56.1 Statement
- July 18, 2022:  Reply Brief

SO ORDERED

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: May 2, 2022
        New York, New York