# Ogletree
# Deakins

**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**

*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone: 212.492.2500
Facsimile: 212-492-2501
www.ogletree.com

Robert M. Tucker
212.492.2510
robert.tucker@ogletree.com

July 26, 2022

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *Kenny v. Catholic Charities Community Services, Archdiocese of New York et al*
            Case No. 1:20-cv-03269

Dear Judge Engelmayer:

    We represent Defendants Catholic Charities Community Services, Archdiocese of New York ("Catholic Charities"), Paul Costiglio, Msgr. Kevin Sullivan, and Joy Jasper (collectively, "Defendants") in the above-referenced action. We respectfully write with Plaintiff's consent to request a one-week extension of Defendants' time to file their Reply papers in further support of their motion for summary judgment from August 5, 2022 to August 12, 2022. The reason for this request is that both counsel of record for Defendants have contracted COVID-19 and are experiencing intense symptoms. This is Defendants' first request for an extension.

    Thank you for Your Honor's consideration of this request.

                                    Respectfully submitted,

                                    OGLETREE, DEAKINS, NASH,
                                    SMOAK & STEWART, P.C.

                            By: */s/ Robert M. Tucker*
                                 Robert M. Tucker
                                 Jessica R. Schild

cc: All counsel of record

Granted.
SO ORDERED.

*[signature: Paul A. Engelmayer]*

PAUL A. ENGELMAYER
United States District Judge

7/26/2022

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington