**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

ALICE KENNY,

                        Plaintiff,

        -against-                                        20 **CIVIL** 3269 (PAE)(RWL)

                                                                   **JUDGMENT**

CATHOLIC CHARITIES COMMUNITY
SERVICES, THE ARCHDIOCESE OF
NEW YORK, et al.,

                        Defendants.

-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated February 14, 2023, the Court has granted summary judgment to the defense on Kenny's claims under Title VII and the NYSHRL, and has declined to exercise supplemental jurisdiction as to Kenny's claims under the NYCHRL, and these are dismissed without prejudice to Kenny's right to pursue these claims in state court; accordingly, the case is closed.

**Dated:**  New York, New York

           February 14, 2023

                                                                   **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                                            **BY:**      *K. Mango*

                                                                      **Deputy Clerk**